# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**J.R. MCFARLANE, M.C. HOLIFIELD, K.J. BRUBAKER**
**Appellate Military Judges**

**UNITED STATES OF AMERICA**

**v.**

**TYSON R. CALAMITY**
**DAMAGE CONTROLMAN SECOND CLASS (E-5), U.S. NAVY**

**NMCCA 201400445**
**GENERAL COURT-MARTIAL**

**Sentence Adjudged:** 18 September 2014.
**Military Judge:** CDR Robert P. Monahan, Jr., JAGC, USN.
**Convening Authority:** Commander, Navy Region Mid-Atlantic, Norfolk, VA.
**Staff Judge Advocate's Recommendation:** CDR S.J. Gawronski, JAGC, USN.
**For Appellant:** CDR Glenn Gerding, JAGC, USN.
**For Appellee:** Mr. Brian K. Keller, Esq.

**26 February 2015**

---------------------------------------------------------
## OPINION OF THE COURT
---------------------------------------------------------

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court

R.H. TROIDL
Clerk of Court